```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

George Perrot,                )
         Plaintiff,           )
      v.                      )   CIVIL ACTION NO.
                              )    04-11666-RCL
David Nolan, Superintendent   )
   MCI Cedar Junction         )
         Defendant.           )
```

## MEMORANDUM AND ORDER

On July 19, 2004, petitioner George Perrot, who is currently confined at MCI Cedar Junction, filed a <u>pro se</u> petition for habeas corpus pursuant to 28 U.S.C. § 2254. Plaintiff did not submit the $5.00 filing fee for habeas petitions, nor did he file an application to proceed without prepayment of fees. Although petitioner filed a <u>photocopy</u> of a check for $5.00 issued to the U.S. District Court from MCI Cedar Junction dated July 14, 2004, the <u>original</u> check was not submitted.

ACCORDINGLY, it is hereby ORDERED that plaintiff is directed either to pay the $5.00 filing fee or to file an application to proceed without prepayment of fees, within 20 (twenty) days of the date of this Order, or this action will be dismissed without prejudice.

SO ORDERED.

Dated at Boston, Massachusetts, this 10th day of August, 2004.

                              s/ Reginald C. Lindsay
                              UNITED STATES DISTRICT JUDGE