UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**GEORGE PERROT**

**V.**                    CIVIL ACTION NO. 04-11666-RCL

**DAVID NOLAN**

## ORDER OF DISMISSAL

LINDSAY, D.J.

For failure of the Petitioner, George Perrot, to comply with the Court's Memorandum and Order dated August 10, 2004; it is hereby ORDERED:

CASE DISMISSED.

September 13, 2004

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk