UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE PERROT,<br><br>Petitioner,<br><br>v.<br><br>DAVID NOLAN,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-11666-RCL<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for Respondent David Nolan, Superintendent of the Massachusetts Correctional Institution at Cedar Junction, in the matter listed above.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

_____
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Dated: January 13, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served on January 13, 2005, by first class mail, postage prepaid, upon:

George Perrot
P.O. Box 100
Walpole, MA  02071

pro se

_____
Randall E. Ravitz