UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE PERROT,<br><br>    Petitioner,<br><br>v.<br><br>DAVID NOLAN,<br><br>    Respondent. | Civil Action No. 04-11666-RCL |

### RESPONDENT'S MOTION FOR AN ENLARGEMENT
### OF TIME IN WHICH TO RESPOND TO PETITION

The Respondent, David Nolan, in his capacity as Superintendent of the Massachusetts Correctional Institution at Cedar Junction (the "Respondent"), hereby respectfully moves this Court to enlarge until February 1, 2005 the time in which he must answer or otherwise respond to the petition for a writ of habeas corpus (the "Petition") filed by Petitioner George Perrot (the "Petitioner"). The Respondent's response is currently due on January 18, 2005. In support of this Motion, the Respondent states as follows:

1. The Petition arises from a 1992 conviction in the Superior Court for Hampden County, Massachusetts.

2. The Petition includes serious allegations and references complex areas of law.

3. Counsel for the Respondent did not receive the necessary documents from the Bristol District Attorney's Office, which prosecuted the case referenced above, until January 13, 2005. Affording counsel for the Respondent sufficient time to review these voluminous documents will enable counsel to respond most competently to the Petition and to provide

sufficient documentation reflecting whether the Petitioner has exhausted state remedies, per this Court's Order of December 23, 2004.

4. No previous application for an enlargement of time to answer or otherwise respond to the Petition has been made to this Court.

5. Allowance of this Motion will enable counsel for the Respondent to aid the Court most thoroughly and effectively and will not prejudice any party.

**WHEREFORE,** the Respondent requests that this Court enlarge the time in which he must answer or otherwise respond to the Petition until February 1, 2005.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Dated: January 13, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on January 13, 2005, by first class mail, postage prepaid, upon:

George Perrot
P.O. Box 100
Walpole, MA 02071

pro se

Randall E. Ravitz