UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE PERROT,<br><br>        Petitioner,<br><br>v.<br><br>DAVID NOLAN,<br><br>        Respondent. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-11666-RCL<br>)<br>)<br>)<br>)<br>) |

## RESPONDENT'S MOTION TO DISMISS

The Respondent, David Nolan, in his capacity as Superintendent of the Massachusetts Correctional Institution at Cedar Junction (the "Respondent"), hereby respectfully moves for dismissal of the Habeas Corpus Petition (the "Petition") filed by Petitioner George Perrot (the "Petitioner"). The Petitioner cannot maintain this action, because he has failed to satisfy the timing requirements applicable to habeas corpus petitions. In further support of this Motion, the Respondent relies on and incorporates the memorandum of law and appendix filed herewith.

WHEREFORE, the Respondent requests that this Honorable Court allow this Motion and dismiss the Petition with prejudice in its entirety.

                    Respectfully submitted,

                    THOMAS F. REILLY
                    Attorney General

                    _____
                    Randall E. Ravitz (BBO # 643381)
                    Assistant Attorney General
                    Criminal Bureau
                    One Ashburton Place
                    Boston, Massachusetts 02108
                    (617) 727-2200, ext. 2852

Dated: February 1, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on February 1, 2005, by first class mail, postage prepaid, upon:

George Perrot
P.O. Box 100
Walpole, MA 02071

pro se

                    _____
                    Randall E. Ravitz