UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

GEORGE PERROT,

    Petitioner,

2005 APR -6 P 2: 52

    v.

U S DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 04-11666-RCL

DAVID NOLAN,

    Respondent,


Petitioner's motion for an enlargement of time to

respond to the Respondent's motion to dismiss


    Now comes the Petitioner, and respectfully moves
this court to further enlarge until May 11, 2005 the time in
which he must respond to the Respondent's motion to dismiss
Petitioner's writ of habeas corpus. The Petitioner's response
is currently due on April 11, 2005. In support of this motion
the Petitioner states as follows:


    1. The Petitioner has no one at M.C.I. Cedar
Junction to assist him in the prosecution of this habeas case.

    2. The legal issue's raised in the Respondent's
motion to dismiss are so complex that there is no way Petitioner
can respond thereto himself.


(1)

## VERIFICATION

I, George Perrot, verify that the above state-
ments are true and accurate, and I do so under the pains and
penalties of perjury on this fourth day of April 2005.

George Perrot

April 4, 2005

## CERTIFICATE OF SERVICE

I, George Perrot, certify that a true copy of
the above motion was mailed to counsel of record for Respondent
via first class mail on this fourth day of April 2005.

George Perrot

April 4, 2005

3. This court should also consider as previously noted that Petitioner has never been to high school, and has no knowledge of habeas law, and is in fact relying on a fellow prisoner to help him draft this motion.

4. Petitioner is also as previously noted indigent and unable to afford counsel to represent him in this case.

5. The Petitioner has just recently been in contact with the author of his writ of habeas corpus, via third party, whom is also a prisoner, and additional time is needed to properly respond to the Respondent's motion to dismiss.

For the above mentioned reasons the Petitioner respectfully moves this court to grant his motion or in the alternative appoint counsel.

Respectfully Submitted

George Perrot, pro-se

P.O. Box 100

So. Walpole, Ma. 02071

(2)