UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**GEORGE PERROT**

V.                                                              **CIVIL ACTION NO. 04-11666-RCL**

**DAVID NOLAN**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of August 30, 2005 allowing the motion to dismiss of the defendant David Nolan, Judgment is hereby entered as follows: Judgment for the defendant David Nolan dismissing this action.

September 6, 2005                                              /s/ Lisa M. Hourihan
                                                               Deputy Clerk